In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-516 CV


____________________



IN RE CLEVELAND REGIONAL MEDICAL CENTER, L.P. d/b/a


CLEVELAND REGIONAL MEDICAL CENTER






Original Proceeding






 MEMORANDUM OPINION


 Cleveland Regional Medical Center, L.P. d/b/a Cleveland Regional Medical Center
filed a petition for writ of mandamus. We requested a response from the real party in
interest. The relator filed a motion to dismiss this mandamus proceeding without prejudice
because the underlying litigation settled. 

 The relator no longer requests mandamus relief from the Court. Accordingly, this
original proceeding is dismissed without prejudice and without reference to the merits.

 PETITION DISMISSED. 

 PER CURIAM

Opinion Delivered January 31, 2008

Before McKeithen, C.J., Gaultney and Horton, JJ.